IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE M. DAVIS, JR.,

    Petitioner,

vs.                                  CASE NO.: 4:03cv250-SPM/AK

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Upon consideration of Petitioner George M. Davis, Jr.'s motion (doc. 14) for extension of time to file objections to the report and recommendation, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 14) is granted.

2.    Petitioner shall have up to and including July 28, 2005 to file his objections to the report and recommendation.

DONE AND ORDERED this 18th day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge