IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE M. DAVIS, JR.,

    Petitioner,

vs.                                             CASE NO.: 4:03cv250-SPM/AK

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated May 25, 2005 (doc. 11). Petitioner has been furnished a copy of the report and recommendation and filed objections (doc. 16). Pursuant to Title 28, United States Code, Section 636(b)(1), I have considered the objections and the report and recommendation, I have determined that the report and recommendation should be adopted.

With regard to Petitioner's two claims for ineffective assistance of counsel, the magistrate judge correctly determined that Petitioner did not demonstrate an entitlement to relief. Petitioner's sanity at the time of the offense and competency to proceed to trial were evaluated by defense experts. Based on the reports submitted, Petitioner's trial counsel acted reasonably by not pursuing the matter further. Additionally, Petitioner has failed to show that the outcome of the trial would

probably be different had trial counsel pursued the matter.

On the issue of conceding guilt, while trial counsel stated during opening statement that Petitioner shot his wife, trial counsel did not concede to Petitioner's legal responsibility for the act. The evidence at trial showed that Petitioner had shot his wife, in the sense that Petitioner was holding a gun that fired and killed his wife. Given the facts, trial counsel did not perform below reasonable professional standards by stating that Petitioner shot his wife. Nor has Petitioner demonstrated any prejudice from the statement.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is denied.

DONE AND ORDERED this 23rd day of January, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge